UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE RUEDA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IDEMIA IDENTITY & SECURITY USA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03794-VC<br><br>**ORDER GRANTING EXTENSION AND DENYING REQUEST TO VACATE CMC**<br><br>Re: Dkt. No. 44 |

The parties' request for an extension to file their motion for preliminary approval on January 7, 2019, is granted. The case management conference set for January 8, 2019, will remain on calendar. Once the parties file their motion for settlement approval, they should email vccrd@cand.uscourts.gov to request that the case management conference be vacated.

**IT IS SO ORDERED.**

Dated: December 20, 2018

VINCE CHHABRIA
United States District Judge