BRYAN SCHWARTZ LAW
BRYAN J. SCHWARTZ (SBN 209903)
RACHEL M. TERP (SBN 290666)
180 Grand Avenue, Suite 1380
Oakland, California 94612
Tel: (510) 444-9300
Fax: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
       rachel@bryanschwartzlaw.com

*Attorneys for Plaintiffs and Proposed FLSA Collective, California Class and on behalf of the general public*

DOUGLAS J. FARMER, CA Bar No. 139646
douglas.farmer@ogletree.com
BRIAN D. BERRY, CA Bar No. 229893
brian.berry@ogletree.com
MICHAEL D. THOMAS, CA Bar No. 226129
michael.thomas@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300, One Market Plaza
San Francisco, CA 94105
Telephone: 415 .442.4810
Facsimile: 415 .442.4870

*Attorneys for Defendants Idemia Identity & Security USA, LLC and Morphotrust USA, LLC*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| Connie Rueda, Jessica Cotton, and Shelia Spencer, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                    Plaintiffs,<br>v.<br><br>Idemia Identity & Security USA, LLC, MorphoTrust USA, LLC, and Does 1-50,<br><br>                    Defendant. | Case No. 3:18-cv-03794-VC<br><br>[~~PROPOSED~~] ORDER TO SHORTEN THE TIME FOR HEARING PRELIMINARY APPROVAL MOTION TO MARCH 14, 2019<br><br>Complaint Filed: May 22, 2018<br>Removal Date: June 25, 2018 |

1

[PROPOSED] ORDER TO SHORTEN THE TIME FOR HEARING PRELIMINARY APPROVAL MOTION TO MARCH 14, 2019: CASE NO. 3:18-cv-03794-VC

Based upon the Joint Stipulation to Shorten Time for Hearing Preliminary Approval Motion to March 14, 2019, and finding good cause therefore, the Court hereby orders that: The Plaintiffs' preliminary approval motion shall be heard on March 14, 2019.

IT IS SO ORDERED

DATED: March 4, 2019

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER TO SHORTEN THE TIME FOR HEARING PRELIMINARY APPROVAL MOTION TO MARCH 14, 2019: CASE NO. 3:18-cv-03794-VC